# THE WEITZ LAW FIRM, P.A.

Bank Of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

June 5, 2020

**VIA CM/ECF**

Honorable Judge Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 15C
New York, New York 10007

      Re:    Velasquez v. Hell's Kitchen Barbers Corp., et al.
                Case 1:19-cv-08818-LJL

Dear Judge Liman:

      The undersigned represents the Plaintiff in the above-captioned case matter. On June 3, 2020, upon the request of the undersigned, Your Honor issued an Order [D.E. 41] restoring this action to the Court's calendar and scheduling an Initial Pretrial Conference for Monday, June 15, 2020 at 12:00 p.m.. On the date hereof, Gregory Ryan, Esq., counsel for Defendant, Hell's Kitchen Barbers, contacted the undersigned by telephone and advised that the Defendant, a barber shop in the City of New York, currently remains closed due to the New York State and City COVID-19 Pandemic Orders. As such, the Defendant is not in a position to determine if it can remain in business nor to even consider the settlement of this action, nor is the Defendant able to afford to have its counsel discuss and/or enter into a case management plan or a briefing schedule on the pending motion to dismiss. Mr. Ryan, accordingly, suggested that the undersigned submit this letter application, upon his consent, to adjourn the Initial Pretrial Conference for up to 90 days to allow for the possible cancellation of the closure Orders and the reopening of the barber shop, if, indeed, it is even able to do so.

      Therefore, the undersigned respectfully requests that the Court adjourn the Initial Pretrial Conference to a date in September that is convenient to the Court.

The Court is advised that this is the Plaintiff's first request for an adjournment of the Initial Pretrial Conference. Thank you for your attention to this matter.

Respectfully submitted,<br>
THE WEITZ LAW FIRM, P.A.

By: _____
Robert J. Mirel, Esq.

cc: Counsel of Record via ECF

The Initial Pretrial Conference currently scheduled for June 15, 2020 is ADJOURNED and will be held instead on August 14, 2020 at 10:00 a.m. The required pre-conferenece filings (see dkt. no. 41) shall be submitted by August 7, 2020.

The Clerk of Court is respectfully directed to close the pending motions at Dkt. Nos. 42 and 43.

SO ORDERED.
6.9.2020

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge