```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICARDO VELASQUEZ,                                                     :
                                                                       :
                                   Plaintiff,                          :
                                                                       :       19-cv-8818 (LJL)
                   -v-                                                 :
                                                                       :       ORDER
HELL'S KITCHEN BARBERS CORP, et al                                     :
                                                                       :
                                   Defendants.                         :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case. (Dkt. No. 47.) Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, only on the grounds that the settlement has not been performed, provided the application to restore the action to the Court's calendar is made before May 31, 2021. Any application to reopen filed after May 31, 2021, or for any reason not pertaining to performance of the settlement agreement, may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: August 17, 2020
   New York, New York

                   LEWIS J. LIMAN
                   United States District Judge